FILE COPY

RE: Case No. 25-0628     DATE: 11/14/2025
    COA #: 15-24-00052-CV     TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. KIMBERLY S. KELLER
KELLER STOLARCZYK PLLC
215 W. BANDERA ROAD NO. 114-PMB 800
BOERNE, TX  78006
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0628                    DATE: 11/14/2025
COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628         DATE: 11/14/2025
COA #: 15-24-00052-CV       TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

DISTRICT CLERK  GILLESPIE COUNTY
GILLESPIE COUNTY COURT
101 W. MAIN STREET
MAIL UNIT 3, RM 204
FREDERICKSBURG, TX  78624-3700
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                    DATE: 11/14/2025
COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. KAREN L. WATKINS
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
300 WEST 15TH STREET, 10TH FLOOR
AUSTIN, TX  78701-2986
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                    DATE: 11/14/2025
    COA #: 15-24-00052-CV                TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    MR. IAN  LANCASTER
                    ASSISTANT ATTORNEY GENERAL
                    300 W 15TH ST FL 10
                    AUSTIN, TX  78701-1649
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0628                    DATE: 11/14/2025
COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. HENRY "H" CARL MYERS
ATTORNEY GENERAL'S OFFICE
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *